UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10/29/07
FILED

07 OCT 29 PM 4:06

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| | ) | |
| Plaintiff, | ) | '07 MJ 2548 |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| Maria Del Rocio Jimenez | ) | Title 18, U.S.C. Sec. 545 |
| | ) | Importation of Merchandise |
| Defendant. | ) | (Wildlife) Into the United |
| | ) | States Contrary to Law |

The undersigned complainant, being duly sworn states:

That on or about May 25, 2007, within the Southern District of California, defendant MARIA DEL ROCIO JIMENEZ-Gonzalez did knowingly and fraudulently import merchandise, to wit: Ten (10) parrots, into the United States from Mexico, in a manner contrary to law, in violation of Title 18, United States Code, Section 545.

The complainant further states that this complaint is based on the statement of facts attached hereto and fully incorporated herein.

Lisa C. Nichols, Special Agent
United States Fish and Wildlife
Service

Sworn to me, and Subscribed (in my presence), this 29th

day of October, 2007.

United States Magistrate Judge

1                          AFFIDAVIT

2      I, Lisa C. Nichols, (Complainant), being duly sworn, hereby

3 depose and say:

4      I am a Special Agent (SA) of the United States Fish and

5 Wildlife Service (USFWS) and have been so employed since May 1994.

6 I was previously employed by the United States Customs Service as

7 an Inspector in the Division of Law Enforcement for more than ten

8 years.    I  have  conducted  and  participated  in  a  number  of

9 investigations  involving  violations  of  wildlife  law,  including

10 complex  investigations  of  illegal  trade  of  wildlife  in  both

11 international and interstate commerce.  My duties also include the

12 enforcement of the Endangered Species Act and the Lacey Act.    I

13 also enforce regulations of the Wild Bird Conservation Act, and of

14 the Convention on International Trade in Endangered Species of

15 Fauna  and  Flora  (CITES),  an  international  treaty  to  which  the

16 United States is a signatory country.  I am presently assigned to

17 the San Diego, California office of the USFWS.

18      A  Special  Agent  for  the  U.S.  Fish  &  Wildlife  Service  is

19 granted  authority  to  enforce  the  Lacey  Act  and  the  Endangered

20 Species Act, under 16 U.S.C. 3375(b) and 16 U.S.C. 1540(e)(3. The

21 Endangered Species Act, in part, [16 U.S.C. 1538] makes it unlawful

22 for any person subject to the jurisdiction of the United States to

23 engage in trade or to possess any specimens traded contrary to the

24 provisions  of  Convention  on  International  Trade  in  Endangered

25 Species of Fauna and Flora (CITES). Mexico is a signatory country

26 to the CITES treaty and has prohibited the export of all wildlife

27 listed in the CITES categories without an export permit.  All of

28 the birds (Amazon parrots) seized in this case are classified in

the Order Psittaciformes. All birds of the Order Psittaciformes are

classified as at least Appendix II of CITES, and therefore require a CITES export permit from the country of origin in order to import them into the United States. CITES Appendix I birds require a permit from both the country of export, and the country of import.

The Lacey Act, 16 U.S.C. 3372(a)(1) makes it unlawful for any person to import, export, transport, sell, receive, acquire, or purchase any fish or wildlife or plant taken, possessed, transported or sold in violation of any law, treaty, or regulation of the United States or in violation of any Indian tribal law.

U.S. Customs law prohibits the smuggling of merchandise into the United States.  Title 18 U.S.C. Section 545 states, in pertinent part, that it is unlawful to fraudulently or knowingly import or bring into the United States any merchandise contrary to law, or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law.

**FACTS OF THE ARREST**

1.    On 05/25/2007, at 9:45pm, U.S. Customs and Border Protection (CBP) Officer Agustin Cinco was conducting a primary inspection of the vehicle driven by Maria Del Rocio Jimenez-Gonzalez, at the Otay Mesa, CA Port of Entry. CBPO Cinco asked what Jimenez-Gonzalez was bringing back into the United States, and she responded with a negative declaration. In a written statement, CBPO Cinco said that after getting two negative declarations, he conducted a brief inspection of the vehicle on primary.  He noticed something bulky in the back seat between the two boys seated in the

-2-

1  back.  The object was covered by a blanket.  When the blanket was

2  removed CBPO discovered a cardboard box containing ten (10) live

3  parrots.

4      2.    The vehicle, a Toyota Highlander, CA license plate

5  5DGK436, was escorted to the secondary inspection area by CBPO

6  Cinco, and CBPO Sarinana seized the birds.  Jimenez was released

7  and allowed to keep her car.

8      3.    The birds found in Jimenez' car were later identified by

9  U.S. Department of Agriculture/Animal, Plant Health Inspection

10 Service (USDA/APHIS) veterinarian technician Mark Gable as yellow

11 headed Amazon parrots(*Amazona oratrix*).  The ten birds have a retail

12 value of approximately $8,000.00 to $10,000.00. This species of

13 wildlife require CITES permits from Mexico, before they can be

14 imported into the United States.  The yellow headed Amazon parrots

15 are CITES Appendix I species, and would also require a CITES permit

16 from the U.S. Fish & Wildlife Service(USFWS) before legal

17 importation would be allowed.  Jimenez had no permits of any kind

18 for the birds.

19     4. On 10/12/2007, at about 7:30am, a vehicle driven by Maria

20 Del Rocio Jimenez-Gonzalez was stopped by CBP officers at the San

21 Ysidro Port of Entry.  Immigration and Customs Enforcement(ICE)

22 Special Agent(SA) James Yates, and USFWS SA Lisa Nichols were

23 notified, and responded to the port.  At about 9:10am, SA Yates and

24 SA Nichols were joined by ICE SA Mario Hernandez. They conducted an

25 interview of Jimenez, with SA Hernandez translating Spanish and

26 English.  SA Hernandez read Jimenez her rights in Spanish, and

27 allowed her to read her rights in Spanish.  Jimenez waived her

28 rights and agreed to speak to the officers.

1      5.   During the initial interview, Jimenez denied knowing that

2  it was illegal to bring birds into the country from Mexico, and told

3  the agents that she bought the birds from a street vendor in Mexico,

4  because she wanted them as gifts for her bothers and cousins.  Later

5  she stated that she had been told by a bird vendor in a swap meet

6  in Spring Valley, CA that she could bring one to three birds across

7  the border.  When asked if she knew how many birds were in the box,

8  Jimenez admitted that she knew there were about ten birds.

9      6.   She later admitted that the birds were given to her by her

10  brother, Raul Jimenez, while they were in Mexico, and she agreed to

11  transport them across the border, and meet her brother just north

12  of the Otay Mesa POE.  She admitted that she did not declare them

13  because she knew it was wrong to bring them into the country, and

14  that she could get in trouble.

15

16

17

18

19

20

21

22

23

24

25

26

27

28