# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  07Mj 2548 |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No.  05651-298 |
| Maria Del Rocio Jimenez ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __10/31/07__
the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ 10,000 P/S bond posted.
- ✓ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
  ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. __18 USC 545 (5899)__

RECEIVED 2007 OCT 31 AM 10:19

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

Received_____
         DUSM

Crim-9   (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY