FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3240-W |
| Plaintiff, ) | INFORMATION |
| v. ) | |
| MARIA DEL ROCIO JIMENEZ, ) | 16 U.S.C. §§ 3372(a)(1) and 3373(d)(2) -- Unlawful Importation of Wildlife |
| Defendant. ) | |

The United States Attorney charges:

On or about May 25, 2007, from within the Southern District of California and elsewhere, defendant MARIA DEL ROCIO JIMENEZ did knowingly import wildlife, to wit: 10 yellow-headed Amazon parrots, which, in the exercise of due care, defendant should have known was possessed and taken in violation of federal law, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2).

DATED: November 29, 2007

KAREN P. HEWITT
United States Attorney

ANNE KRISTINA PERRY
Assistant United States Attorney