# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Complaint No. 07 CR 3240-W

Indictment/Information No. _____

UNITED STATES OF AMERICA    )
    )
vs.    )
    )
    )  CONSENT TO BE TRIED BY
    )  U.S. MAGISTRATE JUDGE
Maria Del ROCIO JIMENEZ )
    )

**FILED**

DEC 21 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned defendant charged with

16: 3372(a)(1) & 3373(d)(2)

a misdemeanor against the laws of the United States in the Southern District of California appearing before United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate Judge on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waive the right to a trial by jury and requests the Court to try all charges in this case without a jury. __X__ Yes _____ No. (Initial One)

DATED: __DIC-21-07__

_____
Defendant

_____
Witness

CRIM-41
5/91

K:\COMMON\FORMS\CRIM-41

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**

**DISTRITO SUR DE CALIFORNIA**

Denuncia Núm: __O7 cR 3240-W__ .

Acusación Formal o
Informe Acusatorio Núm.:_____

LOS ESTADOS UNIDOS DE AMÉRICA )
           )
   vs.        )
           ) **CONSENTIMIENTO PARA PROCEDER**
           ) **ANTE UN JUEZ AUXILIAR**
           )
Maria Del Rocío Jimenez)
           )

El suscrito procesado, a quien se le imputa(n) el/los cargo(s) de:

$$16:3372(a)(1) \& 3373(d)(2)$$

delito(s) menor(es) en contravención a las leyes de los Estados Unidos en el Distrito Sur de California, y que comparece ante el Juez Auxiliar __LOUISA S. Porter__ , quien le ha informado plenamente al procesado que tiene el derecho de elegir ser procesado, juzgado y sentenciado por el Juez Federal de Distrito que tenga la competencia sobre el caso, habiéndosele explicado las consecuencias de este consentimiento, por el presente da su consentimiento para que el Juez Federal Auxiliar lo enjuicie por el cargo que aquí antecede, según lo establecido en la sección 3401 del Título 18 del Código Federal, y renuncia al derecho de ser procesado, juzgado y sentenciado por un Juez Federal de Distrito.

El suscrito procesado, plenamente advertido de que, de conformidad con la Constitución y las leyes, un procesado tiene derecho a que se le enjuicie ante un jurado, en audiencia pública y dentro de los plazos que señala la ley, por el presente renuncia a su derecho a un juicio ante un jurado y solicita que este tribunal lo enjuicie sin un jurado por todos los cargos de este caso. __X__ Sí _____ No. (Ponga sus iniciales en el espacio correspondiente).

FECHA: __Dic- 21-07__

_____
FIRMA DEL PROCESADO

_____
FIRMA DEL TESTIGO

This form is not officially sanctioned by the Administrative Office or the Judicial Conference
K:\COMMON\CSA\forms\2005\Sp_consent_misd.wpd