## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __Maria Del Rocio Jimenez__    No. __07cr3240-POR__

HON. __Louisa S. Porter__    Tape No. __POR08-1:14:19-14:25__

Asst. U.S. Attorney __Paul Starita__    P.O. __Steven Black__

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Michael Messina | X Apt | Ret | for | Maria Del Rocio Jimenez | (1) | (R) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

Defendant found Guilty.
Defendant Sentenced to two (2) years of Supervised Release.
Additional Conditions of Supervised Release as stated in the Judgment and Commitment.
$1000 fine to be paid monthly in payments of $100 payments until fully paid off.
$25.00 Penalty assessment.

Date __03/06/2008__    R. F. Messig
                       Deputy's Initials