FILED
2008 MAR 11 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

FILED
2008 MAR 11 PM 1:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, )
)    Case No. 07cr3240-POR
v. )    JUDGMENT AND COMMITMENT
)
Maria Del Rocio Jimenez )
)    Michael MEssina
)    Defendant's Attorney

REGISTRATION NO. 05651298

VIOLATION: 16:3372(a) - Unlawful Importation of Wildlife

[x] Defendant pleaded guilty to count 1 of the Information
[ ] Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT AND COMMITMENT**

[x] Defendant is adjudged guilty on count 1 of the Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of

_____.

[x] SUPERVISED Probation for a term of Two (2) years
on the following conditions:
[x] That the defendant abide by the mandatory & standard conditions of supervised probation and the following special conditions:
[x] Not possess any firearm, destructive device or any other dangerous weapon
[x] Provide complete disclosure of personal and business financial records to the Probation Officer as requested.
[x] Complete 50 hours of community service in a program approved by the Probation Officer within the first 12 months of supervision
[x] Submit to a Search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation Office
[x] Report all vehicles owned or operated or in which she has an interest to the Probation Officer.
[x] Not to enter or reside in the Republic of Mexico without permission of her Probation Officer.

[x] the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
[x] Penalty assessment of $ 25.00
[ ] Fine waived    [x] Fine of $ 1000.00 payble either forthwith or at a rate of $100.00 per month until fully paid off.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

03/06/2008
Date of Imposition of Sentence

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE
Entered on:

I have executed within Probation
Judgement and Commitment on 3/12/08
United States Marshal
By: _____
USMS Criminal Section